UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HENRY JIMENEZ, et al., | ) | Case No.: C 10-5177 PSG |
| Plaintiffs, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND** |
| v. | ) ) | **SETTING DEADLINE FOR PARTIES EITHER TO FILE WRITTEN** |
| INSTATE LATH & PLASTER, INC., | ) ) | **CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE OR** |
| Defendant. | ) ) | **TO REQUEST REASSIGNMENT TO A DISTRICT JUDGE** |

The initial case management conference in this case is set for January 25, 2011, and the deadline for filing a case management statement was January 18, 2011. *See* ADR Scheduling Order. As a result, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 18, 2011. *See* Civ. L. R. 73-1(a)(1). The parties have neither consented nor requested reassignment.

Plaintiff filed a short Case Management Conference Statement on January 18, 2011 requesting the case management conference be continued to March 29, 2011 because the case is in the process of settling. Plaintiff, however, provides no explanation as to why setting a trial schedule should be postponed for two months.

IT IS HEREBY ORDERED that no later than January 25, 2011, the parties shall either file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge.

ORDER

IT IS FURTHER ORDERED that the case management conference is continued to February 1, 2011 at 2 p.m.

Dated: January 20, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge