UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY JIMENEZ, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>INSTATE LATH & PLASTER, INC.,<br><br>            Defendant. | Case No.: C 10-05177 PSG<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

      The initial case management conference in this case was originally set for January 25, 2011, and the deadline for filing a case management statement was January 18, 2011.  (*See* ADR Scheduling Order.)  As a result, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 18, 2011. *See* Civ. L. R. 73-1(a)(1).  The parties neither consented nor requested reassignment.

      This court subsequently extended the deadline for the parties to consent to magistrate judge jurisdiction to January 25, 2011 and continued the case management conference to February 1, 2011.  (*See* Order Cont. Case Mgmt. Conf. and Setting Deadline for Parties Either To File Written Consent to the Jurisdiction of Mag. Judge or To Req. Reassignment to District Judge, January 20, 2011.)  Again, the parties neither consented nor requested reassignment.

      In light of the parties' repeated failure to provide consent to the jurisdiction of the

1 | undersigned.  IT IS HEREBY ORDERED that this case now be reassigned to a district judge.

2 | Dated: January 26, 2011

*Paul S. Grewal* (signature)
PAUL S. GREWAL
United States Magistrate Judge